UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| OSCAR JAVIER LOPEZ RIVERA,<br><br>      Petitioner,<br><br>v.<br><br>WARDEN, EDEN DETENTION CENTER,<br><br>      Respondent. | No. 6:26-CV-00057-H |

### ORDER

  Petitioner Oscar Javier Lopez Rivera, a self-represented immigrant detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention pending removal. He seeks release from confinement.

  Now, Respondent has notified the Court that Petitioner was removed from the United States. Dkt. No. 9. Respondent contends that because Petitioner has been removed, there is no further relief that the Court may award, and the Petition must be dismissed for lack of jurisdiction as moot. *Id.*

  Based on the information provided by Respondent, the Court concludes that Petitioner's claims are moot. Thus, the Court dismisses the petition for lack of jurisdiction and denies any other pending motions as moot.

  So ordered.

  The Court will enter judgment accordingly.

  Dated March 13, 2026.

                               _____
                               JAMES WESLEY HENDRIX
                               United States District Judge